**Dismissed and Memorandum Opinion filed August 23, 2018.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00324-CR

### ERIC PLEASANT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 262nd District Court
Harris County, Texas
Trial Court Cause No. 1523061**

## M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to murder. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant to confinement for thirty-five years in the Institutional Division of the Texas Department of Criminal Justice. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no

right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). On August 2, 2018, the trial court held a hearing to determine whether appellant could raise any appellate issues challenging adverse pretrial rulings. Appellant's counsel and the State appeared at the hearing. After consulting with appellant's counsel, the trial court found that it did not rule on any pretrial motions that appellant would have the right to appeal. The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Busby.
Do Not Publish — Tex. R. App. P. 47.2(b)